UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ELIZABETH ANN MANNING,                              CIV. NO. 10-4943 (PJS/JSM)

    Plaintiff,                                            ORDER

v.

SA CHALLENGER, INC., BERNICK, LIFSON,
GREENSTEIN, GREENE & LISZT, P.A.,
SARAH KRANS,

    Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated October 14, 2011. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, IT IS HEREBY ORDERED that:

1. Defendant SA Challenger's Motion for Summary Judgment [Docket No. 13] is GRANTED;

2. Defendants Bernick Lifson Greenstein, Greene & Liszt and Sarah Krans's Motion for Judgment on the Pleadings [Docket No. 21] is GRANTED.

3. This action is **DISMISSED WITH PREJUDICE.**

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 11/14/11
                                          s/Patrick J. Schiltz
                                          Patrick J. Schiltz
                                          United States District Judge